FILED

JAN 1 7 2025

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

_NORTHERN_ District of _OKLAHOMA_

_____ Division

Case No. 2 5 CV - 0 2 8 SEH - SH

*(to be filled in by the Clerk's Office)*

ERNEST COLBERT

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

V.G. REGALADO OFFICIAL
SHERIFF _____ CAPACITY
DEPUTY SIXKILLER
OFFICIAL CAPACITY, INDIVIDUAL CAPACITY

Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                    ERNEST COLBERT

Street Address          9901 NORTH INTERSTATE-35 SERVICE ROAD

City and County         OKLAHOMA CITY, Oklahoma

State and Zip Code      Oklahoma 73131

Telephone Number

E-mail Address

#### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Ø Summons
IFP filed

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name                                SILKILLER

    Job or Title *(if known)*          DEPUTY

    Street Address                   300 NORTH DENVER

    City and County                 TULSA, TULSA COUNTY

    State and Zip Code             OKLAHOMA, 74126

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name                                VIC RECALSADO

    Job or Title *(if known)*          SHERIFF

    Street Address                   300 NORTH DENVER

    City and County                 TULSA, TULSA COUNTY

    State and Zip Code             OKLAHOMA, 74126

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

UNITED STATES CONSTITUTION'S 5TH AMENDMENT          ARTICLE 11§7 OF THE

UNITED STATES CONSTITUTION'S 14TH AMENDMENT          OKLAHOMA CONSTITUTION

DUE PROCESS CLAUSE OF LIBERTY (PRETRIAL DETAINEE) FREE OF PUNISHMENT

42 U.S.C. §1983

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

      The plaintiff, *(name)*                                        , is a citizen of the
      State of *(name)*                              .

   b.    If the plaintiff is a corporation

      The plaintiff, *(name)*                                        , is incorporated
      under the laws of the State of *(name)*                                        ,
      and has its principal place of business in the State of *(name)*

      .

      *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

      The defendant, *(name)*                                  , is a citizen of
      the State of *(name)*                              . Or is a citizen of
      *(foreign nation)*                          .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.      If the defendant is a corporation

The defendant, *(name)*                                              , is incorporated under

the laws of the State of *(name)*                                        , and has its

principal place of business in the State of *(name)*                        .

Or is incorporated under the laws of *(foreign nation)*                     ,

and has its principal place of business in *(name)*                      .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1.) THE TULSA COUNTY SHERIFF'S DEPARTMENT UNDER THE DIRECTION OF SHERIFF ~~ESCALADO~~ ESCALADO HAS A LONGSTANDING CUSTOM AND PRACTICE OF VIOLATING PRETRIAL DETAINEES WITH DENIAL OF THE PLAINTIFF'S CONSTITUTIONAL RIGHTS SECURED BY THE 5TH 14TH AMENDMENTS DUE PROCESS CLAUSE OF LIBERTY AS A PRETRIAL DETAINEE

2.) SHERIFF HAS FAILED TO TRAIN, MONITOR AND SUPERVISE

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1.) PLAINTIFF ASK FOR A JURY TRIAL

2.) PLAINTIFF ASKS FOR COMPENSATORY DAMAGES AS WELL AS PUNITIVE DAMAGES

3.) 42.U.S.C .1983

4.) UNITED STATES CONSTITUTION 5TH AMENDMENT SUBSTANTIVE DUE PROCESS AND 14TH AMENDMENT DUE PROCESS CLAUSE OF LIBERTY

1    STATEMENT OF CLAIM

2

3    On or about June 28th, of 2021, I was being

4    booked into the Tulsa County Jail (David L. Moss)

5    during this process I was allowed to use the

6    phone to contact my family, while making

7    connection the deputy reached over my shoulder

8    and pressed the disconnect lever. I turned

9    and saw the deputy's name, and ask him " why did

10    you stop my call? I was given permission to

11    make that call." He says " shut the fuck up and

12    sit the fuck down." I did as instructed.

13    Sometime later during the booking process

14    as the deputy (Sixkiller) was coming from pre-

15    booking, I was sitting in the hallway waiting

16    for the jail uniform, I said out to him " that was

17    cold-blooded you disconnecting my phone call. I

18    really needed that call." Deputy Sixkiller once again,

19    shouted to me " shut the fuck up." I responded by

20    calling him a " dickhead", the deputy then turned and

21    pulled out his taser, and shot me as I sat him my

22    chair.

23    I yelled out in extreme pain, and fell to the

24    floor. asking" what did I do?"

25    Medical came and removed the hood, and told

26    me I would be fine

27    I then was taken to the housing unit and

28    provided a cell.

4(a)

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:      01/07/25

Signature of Plaintiff          *Earnest Colbert, III*
Printed Name of Plaintiff       ERNEST COLBERT    PRO-SE

### B.     For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address



ERNEST CORBETT #251203
Eddie Warren Community Correctional Center
9901 North Interstate-35 Service Road
Oklahoma City, Oklahoma 73131

Postmarked 1/15/25

25 CV - 028 SEH - SH

United States District Court
Northern District of Oklahoma
333 West 4th Street
Tulsa, Oklahoma 74103

OKLAHOMA CITY OK 730
15 JAN 2025    PM 6 L

RECEIVED

JAN 17 2025

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

This correspondence from an inmate under the custody of the Oklahoma Department of Corrections (ODOC). For specific information about this inmate sending this correspondence such as offense, projected release date, photo, etc., refer to our website at https://www.oklahoma.gov/doc. Click on the "Offender Info" link then the "Offender Lookup" link or contact Clara Waters CCC (405) 364-9245. Further, this facility is not responsible for the content of this material include. Objectionable material may be returned to this facility head at Clara Waters CCC.